IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:23-cr-81 |
| JAMARIO D. OWENS, | |
| Defendant. | |

**O R D E R**

Before the Court is the Magistrate Judge's March 20, 2024 Report and Recommendation, (doc. 39), to which no objections have been filed. After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's recommendation. The Court, therefore, **ADOPTS** the Report and Recommendation, (doc. 39), as its opinion and **DENIES** Defendant's Motion to Suppress, (doc. 18).

**SO ORDERED**, this 4th day of April, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA